**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

**Dated: October 14, 2009**



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

Edward J. Maney, Trustee
P. O. Box 10434
Phoenix, AZ 85064
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | CHAPTER 13 BANKRUPTCY |
| ) | |
| JOEL ELLERTSON ) | CASE NO. 2-09-bk-09268-SSC |
| xxx-xx-3853 ) | |
| ) | DISMISSAL ORDER |
| ) | |
| Debtor(s) ) | |

It having been shown to the Court that the Debtor(s) has failed to comply with the Court requirement concerning:

Pursuant to the Trustee's Recommendation entered 8/17/09, docket #36, Debtor(s) failed to resolve any/all items in the Recommendation, bring and keep Plan payments current and submit the Stipulated Order, as required on or before 9/17/09. **Debtor is currently delinquent $480.00 with another Plan payment of $480.00 due on 10/26/09.** Trustee notes that no Motions to Extend Time appear on the Court's Docket.

## **IF DEBTOR(S) OBJECT TO THIS DISMISSAL ORDER, THE TRUSTEE REQUIRES THE DEBTORS TO SET THIS MATTER FOR HEARING**

**NOW THEREFORE, IT IS ORDERED,**

(A) This case is dismissed and the Clerk of the Court will give notice of the dismissal to all creditors;

(B) A motion to reinstate the case may be granted without a hearing if the Trustee approves the proposed reinstatement order. If the Trustee does not approve reinstatement of the case, the matter may be set for hearing upon the Debtor(s) motion. The Court may set a hearing on the Debtor(s)

-1-

motion to reinstate on the request of an interested party who had joined the Trustee's request for dismissal;

(C) Pursuant to 28 U.S.C. § 586(e)(2), the Trustee shall be paid his percentage fee from all payments received from the Debtor(s);

(D) After payment of the Trustee's percentage fee, the Trustee will retain the Debtor(s) funds pending Court approval of the payment of administrative expenses of the Debtor(s) attorney. If the Debtor(s) Chapter 13 Plan contained an Application for the Payment of Administrative Expenses to the Debtor(s) attorney and no party filed an objection to the Application, then the Debtor(s) attorney may lodge an Order approving the Application within ten days after the Court enters this Dismissal Order. Alternatively, the Debtor(s) attorney has ten days from the Court entering this Dismissal Order to file a separate fee application;

(E) If the Court previously entered a payroll deduction order on one or both of the Debtor(s) wages, then the Court vacates that order; and

(F) Except as may be stated herein, all pending adversary proceedings, contested matters, and administrative hearings relating to this case are vacated.

**ORDERED AND ENTERED AS DATED ABOVE.**

Lodged with the Court and mailed on
See Electronic Signature Block to:

Wesbrooks Law Office
15396 N. 83rd Ave., #C100
Peoria, AZ 85381

Joel Ellertson
9219 W. Sandra Terrace
Peoria, AZ 85382

Lisa Starkey
Digitally signed by Lisa Starkey
DN: cn=Lisa Starkey, c=US, o=Edward J. Maney Chapter 13 Trustee, email=lisas@maney13trustee.com
Date: 2009.09.29 15:00:01 -07'00'

Clerk, Chapter 13 Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: frazierl              Page 1 of 2            Date Rcvd: Oct 15, 2009
Case: 09-09268                 Form ID: pdf002             Total Noticed: 74
```

The following entities were noticed by first class mail on Oct 17, 2009.

```
db          +JOEL MARK ELLERTSON,    9219 W. SANDRA TERRACE,    PEORIA, AZ 85382-3562
smg          AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,    1600 W. MONROE, 7TH FL.,
              PHOENIX, AZ 85007-2650
8059092    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
             (address filed with court: Am Honda Fin,    Pob 6070,    Cypress CA 90630)
8059095     AURORA HOSPITAL,   6015 E PEORIA,    Glendale AZ 85302
8059093    +Amc Mtg Svcs,    505 S Main St,    Orange CA 92868-4509
8059094    +Amex,   P.O. Box 981537,    El Paso TX 79998-1537
8059097    +BANNER ARIZONA MEDICAL CLINIC,    13640 N PLAZA DEL RIO BLVD,    Peoria AZ 85381-4846
8059098    +BANNER BOSWELL,    P O BOX 29892,    Phoenix AZ 85038-9892
8059099    +BANNER HEALTH,    P O BOX 29892,    Phoenix AZ 85038-9892
8059096    +Bachomeloans,    450 American St,    Simi Valley CA 93065-6285
8059100     Bk Of Amer,   4060 Ogletown/Stan,    Newark DE 19713
8059101    +Brclysbankde,    125 South West Str,    Wilmington DE 19801-5014
8059104    +CAPITAL ONE,    PO BOX 60599,    City Of Industry CA 91716-0599
8059105    +CEPMG DBA ARIZONA EMERGANCY PHYSUSCANS,    PO BOX 582663 STE D,    Modesto CA 95358-0070
8059118    +COMPASS BANK,    P O BOX 60102,    City Of Industry CA 91716-0102
8059102    +Cap One,    Pob 30281,    Salt Lake City UT 84130-0281
8059103    +Cap One Na,    2730 Liberty Ave,    Pittsburgh PA 15222-4704
8059106    +Cfmc,   Po Box 9438,    Gaithersburg MD 20898-9438
8059107     Chase,   Bank One Card Serv,    Westerville OH 43081
8059108    +Chase,    800 Brooksedge Blv,    Westerville OH 43081-2822
8059109    +Chase,    800 Brooksedge Blvd,    Westerville OH 43081-2822
8101091     Chase Home Finance LLC,    Attn: Dept PP-G7,    P.O. Box 182106,    Columbus, OH 43218-2106
8059111    +Chase Mort,    3415 Vision Dr,    Columbus OH 43219-6009
8059112    +Chase Na,    800 Brooksedge Blv,    Westerville OH 43081-2822
8059113    +Cit Bank/Dfs,    One Dell Way,    Round Rock TX 78682-7000
8059114    +Cit Fin Serv,    Po Box 624,    Marlton NJ 08053-0624
8406831     CitiMortgage, Inc.,    P O Box 6941,    The Lakes, NV 88901-6941
8059115    +Citifinancia,    Po Box 22065,    Tempe AZ 85285-2065
8059116    +Citimortgage,    Po Box 9438,    Gaithersburg MD 20898-9438
8059117    +Coll Serv Br,    4335 N Wells Fargo,    Scottsdale AZ 85251-3407
8059119    +DELL FINANCIAL SERVICES,    P O BOX 6403,    Carol Stream IL 60197-6403
8059121    +DIAGNOSTIC MOBILE IMAGING,    N4 W22540 BLUEMOUND RD,    Waukesha WI 53186-1621
8086705     Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
              Greenville, SC 29603-0390
8059120    +Desert Sfcu,    Po Box 2945,    Phoenix AZ 85062-2945
8059122    +First Usa Bk,    Po Box 8650,    Wilmington DE 19899-8650
8059123    +Fst Premier,    3820 N Louise Ave,    Sioux Falls SD 57107-0145
8059124    +Fst Usa Bk B,    Po Box 8650,    Wilmington DE 19899-8650
8059127    +Hlthcare Col,    2432 W Peoria Ave,    Phoenix AZ 85029-4726
8059128    +Hsbc Bank,    Po Box 5253,    Carol Stream IL 60197-5253
8059129    +Hsbc/Bstby,    Pob 15521,    Wilmington DE 19850-5521
8059130    +IMS VALLEY RADIATION,    PO BOX 9004,    Phoenix AZ 85068-9004
8059131    +JOSEPH A CAPLAN MD PC OBA CARDIAC,    13128 N 94 TH LN SUITE 100,    Peoria AZ 85381-4252
8059132    +JUNIPER VISA CARD,    P.O. BOX 13337,    Philadelphia PA 19101-3337
8059133    +Kenneth Eise,    777 E Missouri Ave,    Phoenix AZ 85014-2850
8059135   ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court: Nco Fin /99,    Pob 41466,    Philadelphia PA 19101)
8059136   ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court: Nco- Medclr,    Pob 41448,    Philadelphia PA 19101)
8197270     Merrick Bank,    c/o Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
8059134    +Merrick Bk,    Pob 9201,    Old Bethpage NY 11804-9001
8059137    +Netbank,    7909 Parklane,    Columbia SC 29223-5666
8265388    +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    POB 12914,
              NORFOLK VA 23541-0914
8319456    +PRA Receivables Management, LLC as agent for,    HSBC Bank Nevada, N.A.,    PO Box 12907,
              Norfolk VA 23541-0907
8059138    +Peoples Untd,    Pob 1857,    Bridgeport CT 06601-1857
8101092    +Perry & Shapiro, LLP,    3300 N. Central Ave., #2200,    Phoenix, AZ 85012-2582
8059139    +Providian,    Po Box 9007,    Pleasanton CA 94566-9007
8059142    +SCOTTSDALE EMERGENCY ASSOC,    PO BOX 2710,    Scottsdale AZ 85252-2710
8059143    +SCOTTSDALE HEALTHCARE,    PO BOX 29689,    Phoenix AZ 85038-9689
8059146    +SOUTHWEST DIAGNOSTIC IMAGING,    PO BOX 849753,    Dallas TX 75284-9753
8157620    +STANISLAUS CREDIT CONTROL SERVICE, INC,    P.O. BOX 480,    MODESTO, CA 95353-0480
8059149    +SUN CITY IMAGING PC,    PO BOX 27340,    Phoenix AZ 85061-7340
8059150    +SUN VALLEY INTERNIST,    14815 N DEL WEBBB BLVD,    Sun City AZ 85351-2145
8059151     SUNRISE MEDICAL MANAGEMENT LLC,    13635 N 93RD AVE STE 100,    Peoria AZ 85381
8059140    +Sallie Mae,    Po Box 9500,    Wilkes Barre PA 18773-9500
8059141    +Sallie Mae,    1002 Arthur Dr,    Lynn Haven FL 32444-1683
8140998     Sallie Mae Inc. on behalf of,    United Student Aid Funds, Inc.,
              Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
8059144    +Sears/Cbsd,    Po Box 6189,    Sioux Falls SD 57117-6189
8059145     Sm Servicing,    1.75/Min 8 15 To 4,    Lawrence KS 66044
8059147    +Sst/Columbus,    4315 Pickett,    Saint Joseph MO 64503-1600
8059148    +State Colls,    Po Box 6250,    Madison WI 53716-0250
8059152    +Sw Stdnt Srv,    1555 N. Fiesta Blv,    Gilbert AZ 85233-1020
8059153    +Target N.B.,    Po Box 673,    Minneapolis MN 55440-0673
8464637     eCAST Settlement Corporation assignee of Chase,    Bank USA NA successor by merger to,
              Washington Mutual,    POB 35480,    Newark NJ 07193-5480
```

The following entities were noticed by electronic transmission (continued)

The following entities were noticed by electronic transmission on Oct 15, 2009.
```
8059110      +Fax: 602-221-4614 Oct 15 2009 22:41:15      Chase Auto,   14800 Frye Road,
              Fort Worth TX 76155-2732
8059125      +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2009 03:27:38    Gemb/Jcp,   Po Box 981402,
              El Paso TX 79998-1402
8059126      +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2009 03:43:04    Gemb/Mervyn,   Po Box 981400,
              El Paso TX 79998-1400
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr*          Chase Home Finance LLC,   Attn: Dept PP-G7,   P.O. Box 182106,   Columbus, OH  43218-2106
                                                                                       TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 17, 2009**                    **Signature:**    *Joseph Speetjens*